IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| QUILLA RALEY, | * |
| Plaintiff, | * |
| v. | * CV 117-133 |
| CHICAGO BRIDGE AND IRON (CB&I), | * |
| Defendant. | * |

**O R D E R**

On March 29, 2017, Defendant Chicago Bridge and Iron (CB&I)[1] filed a voluntary petition in the United States Bankruptcy Court for the Southern District of New York. See In re WECTEC Global Project Services Inc., Case No. 17-10773 (Bankr. S.D.N.Y. filed Mar. 29, 2017); see also In re Westinghouse Electric Company LLC, et al., Case No. 17-10751 (Bankr. S.D.N.Y. filed Mar. 29, 2017). Pursuant to 11 U.S.C. § 362, proceedings before this Court must be stayed until the Bankruptcy Court grants relief from the stay, closes the bankruptcy case, or dismisses the bankruptcy petition. Accordingly, this case is hereby **STAYED** until further notice. Plaintiff and Defendant **SHALL** immediately notify this Court should the Bankruptcy Court grant relief from

---

[1] Defendant asserts in its notice of bankruptcy filing that it is now known as "WECTEC Global Project Services Inc." (Doc. 5, at 2.)

the stay, dismiss Defendant's bankruptcy petition, or otherwise close the bankruptcy proceedings with regard to Defendant.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of January, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA